IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LISA SPIER HORSCH, et al. | : | CASE NO. 3:23cv162 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | : | |
| | : | |
| Defendant. | | |

---

## ORDER

---

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Case settled. Final paperwork due 10-16-2023, at latest.